IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-02792-WYD-MJW

FREDDIE BELOTE, on behalf of himself and all others similarly situated,

Plaintiff(s),

v.

RIVET SOFTWARE, INC.,

Defendant(s).

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that Defendant's Unopposed Motion for Entry of Stipulated Protective Order (docket no. 18) is GRANTED finding good cause shown. The written Stipulated Protective Order (docket no. 18-1) is APPROVED as amended in paragraph 9 and made an Order of Court.

Date: February 5, 2013