IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  12-cv-02792-WYD-MJW

FREDDIE BELOTE, on behalf of himself and all others similarly situated,

Plaintiff(s),

v.

RIVET SOFTWARE, INC.,

Defendant(s).

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

     It is hereby ORDERED that defendant's Unopposed Motion for Leave to File First Amended Answer to Class Action Complaint (Docket No. 22) is granted.  The tendered First Amended Answer to Class Action Complaint (Docket No. 22-1) is accepted for filing as of the date of this Minute Order.

Date: March 1, 2013