IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-02792-WYD-MJW

FREDDIE BELOTE, on behalf of himself and
all others similarly situated,

    Plaintiff,

v.

RIVET SOFTWARE, INC.,

    Defendant.

---

MINUTE ORDER [ Docket No. 31 ]

---

This matter, having come before the Court upon **RIVET SOFTWARE, INC.'S MOTION FOR 90-DAY STAY OF PROCEEDINGS AND TO VACATE FINAL PRETRIAL CONFERENCE**, and the Court, having reviewed the Motion and being fully advised of the premises therein,

ORDERS that the Motion is **GRANTED**. The Court hereby stays the proceedings in this matter to and including October 14, 2013. ~~31, 2013 and vacates the Final Pretrial Conference currently set for December 19, 2013.~~ The Scheduling Order shall be amended accordingly.

Dated this 22nd day of August 2013.

SO ORDERED:

_/s/ Michael J. Watanabe_

MICHAEL J. WATANABE
U.S. MAGISTRATE JUDGE
DISTRICT OF COLORADO