IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-02792-WYD-MJW

FREDDIE BELOTE, on behalf of himself and
all others similarly situated,

      Plaintiff,

v.

RIVET SOFTWARE, INC.,

      Defendant.

ORDER [ Docket No 37 ]

This matter, having come before the Court upon Rivet Software, Inc.'s **UNOPPOSED**

**MOTION TO AMEND SCHEDULING ORDER**, and the Court, having reviewed the Motion

and being fully advised of the premises therein,

ORDERS that the Motion is **GRANTED**. The Scheduling Order is amended as follows:

- Rivet's responses to Plaintiffs' First Request for Production and First Set of

  Interrogatories are to be served on or before November 15, 2013

- All depositions are to be completed by February 3, 2014

- The discovery cutoff is February 3, 2014

- The dispositive motion deadline is March 17, 2014

- ~~The Court will reset the final pretrial conference.~~

  The Final Pretrial Conference set on
  December 19, 2013 at 9:00 Am is
  VACATED And Reset to May 20, 2014, at 10:00 am
  The parties shall File Their Proposed
  Final Pretrial Order with The Court
  Five Days before The Final Pretrial Conference.

Dated this 21st day of October 2013.

SO ORDERED:

MICHAEL J. WATANABE
U.S. MAGISTRATE JUDGE
DISTRICT OF COLORADO