IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-02792-WYD-MJW

FREDDIE BELOTE, on behalf of himself and all others similarly situated,

    Plaintiff,

v.

RIVET SOFTWARE, INC.,

    Defendant.

## MINUTE ORDER

ORDER ENTERED BY SENIOR JUDGE WILEY Y. DANIEL

    Plaintiff's Unopposed Motion for Leave for Out of State Counsel to Participate Telephonically in Fairness Hearing filed August 1, 2014 (ECF No. 51) is **GRANTED**. The Court will initiate the call to counsel René Roupinian at area code (212) 245-1000. If counsel wishes to be called at a different telephone number, counsel must advise my Chambers of such at (303) 844-2170.

    Dated:  August 4, 2014