IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No. 12-cv-02792-WYD-MJW

FREDDIE BELOTE, on behalf of himself and all others similarly situated,

    Plaintiff,

v.

RIVET SOFTWARE, INC.,

    Defendant.

## ORDER OF DISMISSAL

THIS MATTER is before the Court on the parties' Joint Stipulation and [Proposed] Order for Dismissal of Case filed September 10, 2014. After a careful review of the Stipulation and the file, it is

ORDERED that the Joint Stipulation (ECF No. 55) is **APPROVED** and this matter is **DISMISSED WITH PREJUDICE.**

    Dated:  September 10, 2014

                                    BY THE COURT:

                                    s/ Wiley Y. Daniel
                                    Wiley Y. Daniel
                                    Senior United States District Judge